UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  
CAREY JO CHRISTENSEN,  
Debtor.

Case No:   15-21677 SBB

Chapter   13

### ENTRY OF APPEARANCE

COMES NOW, Nicholas H. Santarelli, Esq., and hereby enters his appearance on behalf of COLORADO HOUSING AND FINANCE AUTHORITY and hereby requests that all notices, pleadings, and other documents filed in this proceeding be sent to the undersigned counsel in addition to direct notice to: COLORADO HOUSING AND FINANCE AUTHORITY, 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945

Janeway Law Firm, P.C.  
Attorneys for COLORADO HOUSING AND FINANCE AUTHORITY

Lynn M. Janeway #15592  
David R. Doughty #40042  
Eve M. Grina #43658  
Elizabeth S. Marcus #16092  
Alison L. Berry #34531  
Nicholas H. Santarelli #46592  
Kelly Murdock #46915  
Sheila J. Finn #36637  
9800 S. Meridian Blvd., Suite 400  
Englewood, CO 80112  
Phone: (303) 706-9990 Fax: (303) 706-9994  
bankruptcy@janewaylaw.com JLF No.: 15-008045

### Certificate of Service

The undersigned hereby certifies that on October 22, 2015 a copy of the attached Entry of Appearance was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

CAREY JO CHRISTENSEN  
4823 CHANDLER  
DENVER, CO 80239

JASON S. HUSTON  
10200 W. 44TH AVE  
STE. 120  
WHEAT RIDGE, CO 80033

DOUGLAS B. KIEL  
Chapter 13 Trustee  
4725 S. MONACO ST.  
STE 120  
DENVER, CO 80237

Kathy Scholle