UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                 CASE NO: 15-21677-SBB
CAREY JO CHRISTENSEN                        CHAPTER 13

        DEBTOR(S)

---

### MOTION TO DISMISS FOR DEBTOR(S) FAILURE TO PROVIDE TAX RETURN PURSUANT TO U.S.C. § 521(e)(2) AND NOTICE OF PENDING DISMISSAL OF CASE

---

**TO THE DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S):**

       The Standing Chapter 13 Trustee, Douglas B. Kiel, hereby certifies that the Debtor(s) in the above-referenced case have failed to provide the Trustee with a copy of the Federal income tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed, as required by 11 U.S.C. § 521(e)(2), Fed. R. Bankr. P. 4002 and L.B.R. 1017-2;

       NOTICE IS HEREBY GIVEN that, pursuant to L.B.R. 1017-2 and 11 U.S.C. § 521(e)(2), the case will be dismissed without further notice or hearing, unless the Debtors files an objection with the Court by **December 9, 2015** The Debtors' objection must include such information as is necessary to demonstrate that the Debtors' failure to provide the tax return or transcript was due to circumstances beyond the control of the Debtors, as required by 11 U.S.C. §521(e)(2).

Dated: November 25, 2015                      Respectfully submitted,

                                                              /s/William R. Evans
                                                              William R. Evans #36396
                                                              Attorney for the Chapter 13 Trustee
                                                              4725 S Monaco St Ste 120
                                                              Denver CO 80237
                                                              720.398.4422
                                                              wevans@denver13.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                      CASE NO: 15-21677-SBB
CAREY JO CHRISTENSEN            CHAPTER 13

DEBTOR(S)

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above MOTION TO DISMISS FOR DEBTORS' FAILURE TO PROVIDE FEDERALTAX RETURNS PURSUANT TO 11 U.S.C. § 521(e)(2) AND NOTICE OF PENDING DISMISSAL OF CASE was placed in the U.S. Mail, postage prepaid, on November 25, 2015 addressed as follows:

Carey Jo Christensen
4823 Chandler
Denver CO 80239

Harkess & Salter LLC
10200 W. 44th Ave Ste 120
Wheat Ridge, CO 80033


/s/Elizabeth Edlen_____
Chapter 13 Trustee Staff Member