UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                                                    CASE NO: 15-21677-SBB
CAREY JO CHRISTENSEN                                                    CHAPTER 13

ORDER DISMISSING CHAPTER 13 CASE PRIOR TO CONFIRMATION OF PLAN

THIS MATTER comes before the court on confirmation of Debtors' Chapter 13 Plan.  On Motion of the Chapter 13 Trustee, Douglas B. Kiel, for Debtors' failure to make plan payments, the Court

FINDS that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

1. THIS CASE IS DISMISSED. The Clerk of the court must serve this order on all creditors and parties in interest within five (5) days of the date of the order.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under 11 U.S.C. §§ 522, 544, 545, 547, 548, 549 or 724(a), or preserved under 11 U.S.C. §§ 510(c)(2),522(i)(2) or 551, is reinstated; any lien voided under 11 U.S.C. § 506(d) is reinstated; and any order, judgment or transfer ordered under 11 U.S.C. §§ 522(i)(1), 542, 550 or 553 is vacated.

3. All property of the estate, except payments made by the debtors to the trustee, will revest in the debtors as of the date of this order pursuant to 11 U.S.C. § 349.

4. Payments made by the debtors will be retained by the trustee pending payment of claims allowed under 11 U.S.C. § 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

    a. Any request for allowance of an 11 U.S.C. § 503(b) claim shall conform with 11 U.S.C. § 503 and FED. R. BANKR. P. Rules 9013, 9014 and 2002, and be filed no later than 28 days of the date of this Order.

    b. Within 30 days after determination of the last request, if any, for allowance of 11 U.S.C. § 503(b) claims, the trustee must pay all fees imposed by statute and all allowed 11 U.S.C. § 503(b) claims from the debtors' payments and return any surplus to the debtors.

Dated:_____                                  BY THE COURT:


                                                                                          _____
                                                                                          United States Bankruptcy Judge