(COB 263 NtcDsmCase)(07/13)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Sidney B. Brooks

In re:

Carey Jo Christensen

Debtor(s)

Case No.: 15−21677−SBB
Chapter: 13

SSN/TID Nos.   xxx−xx−5314

## NOTICE OF DISMISSAL OF CASE[1]

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 521(i), the above captioned case was missing information required by Section 521(a)(1) when the case was filed and that information was still missing on the 45th day following the filing. As a result, the case was ***automatically dismissed pursuant to the statute on the 46th day*** following the filing of the deficient case. This case was dismissed as required by Section 521, therefore, the Court does not have the power to reinstate the case.

YOU ARE FURTHER NOTIFIED that if neither the payment advices required under Section 521(a)(1)(B)(iv) nor the L.B.R. Form 1007−6.1 Statement Concerning Payment Advices were timely filed, this case is dismissed pursuant to the United States Trustee's Standing Motion to Dismiss, L.B.R. 1017−3, L.B.R. 1007−6 or Section 521(i), as applicable.

Dated:  12/10/15

FOR THE COURT:
Kenneth S. Gardner, Clerk

_____

[1] If this case was dismissed before the Debtor paid the entire filing fee in full under an installment payment plan, then, the filing of any new petition in bankruptcy by the Debtor must be accompanied by payment of the full filing fee required, or the Clerk is directed to enter an Order Denying Paying of Filing Fees in Installments, pursuant to GOP 2009−3 (SO−13), and Local Bankruptcy Rule 1002−1(b).