United States Bankruptcy Court
District of Colorado

In re:  
Carey Jo Christensen  
    Debtor

Case No. 15-21677-SBB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1     Date Rcvd: Dec 10, 2015  
                          Form ID: 263     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2015.
```
db             +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925
cr              Colorado Housing and Finance Authority,    Colorado Housing and Finance Authority,
                 1 Corporate Drive,    Suite 360,    Lake Zurich, IL  60047-8945
16924324      ++BELLCO CREDIT UNION,    P O BOX 6611,    GREENWOOD VILLAGE CO 80155-6611
               (address filed with court:  Bellco Cu,    1111 S Colorado Blvd,    Denver, CO 80246)
16924326       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
16924327       +Co H&f Auth,    1981 Blake St,    Denver, CO 80202-1229
16964326        Colorado Housing And Finance Authority,    1 Corporate Drive, Suite 360,
                 Lake Zurich, Il 60047-8945
16924329       +Kia Mtr Fin,    4000 Macarthur Blvd Ste1,    Newport Beach, CA 92660-2558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: IRS.COM Dec 10 2015 22:53:00       IRS,   600 17th St.,    Stop 5027 DEN,    Denver, CO  80202
16924325       +EDI: CAPITALONE.COM Dec 10 2015 22:53:00      Capital One,    Attn  Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
16952446        EDI: CAPITALONE.COM Dec 10 2015 22:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
16924328       +E-mail/Text: bknotice@erccollections.com Dec 10 2015 22:55:42      Enhanced Recovery Corp,
                 Attention  Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16949002        EDI: Q3G.COM Dec 10 2015 22:53:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA  98083-0788
16924330       +EDI: RMSC.COM Dec 10 2015 22:53:00      Syncb/hdhipj,    C/o P.o. Box 965036,
                 Orlando, FL 32896-0001
16924331       +EDI: RMSC.COM Dec 10 2015 22:53:00      Synchrony Bank/Care Credit,    Attn  Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
16924332       +EDI: WFFC.COM Dec 10 2015 22:48:00      Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                               TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2015 at the address(es) listed below:
```
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com,
               se.nightingale@gmail.com
              Nicholas H. Santarelli    on behalf of Creditor   Colorado Housing and Finance Authority
               bankruptcy@janewaylaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

(COB 263 NtcDsmCase)(07/13)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Sidney B. Brooks

In re:

    Carey Jo Christensen

Debtor(s)

Case No.: 15−21677−SBB
Chapter: 13

SSN/TID Nos. xxx−xx−5314

## NOTICE OF DISMISSAL OF CASE[1]

    YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 521(i), the above captioned case was missing information required by Section 521(a)(1) when the case was filed and that information was still missing on the 45th day following the filing. As a result, the case was ***automatically dismissed pursuant to the statute on the 46th day*** following the filing of the deficient case. This case was dismissed as required by Section 521, therefore, the Court does not have the power to reinstate the case.

    YOU ARE FURTHER NOTIFIED that if neither the payment advices required under Section 521(a)(1)(B)(iv) nor the L.B.R. Form 1007−6.1 Statement Concerning Payment Advices were timely filed, this case is dismissed pursuant to the United States Trustee's Standing Motion to Dismiss, L.B.R. 1017−3, L.B.R. 1007−6 or Section 521(i), as applicable.

Dated: 12/10/15

FOR THE COURT:
Kenneth S. Gardner, Clerk

_____

[1] If this case was dismissed before the Debtor paid the entire filing fee in full under an installment payment plan, then, the filing of any new petition in bankruptcy by the Debtor must be accompanied by payment of the full filing fee required, or the Clerk is directed to enter an Order Denying Paying of Filing Fees in Installments, pursuant to GOP 2009−3 (SO−13), and Local Bankruptcy Rule 1002−1(b).